1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| SYMETRA LIFE INSURANCE COMPANY, | Case No. 2:24-CV-03235-WBS-CKD |
| Plaintiff, | **ORDER DISMISSING WITHOUT PREJUDICE DEFENDANTS LOLITA VARGAS AND THE TRUSTEE OF THE PERRY FAMILY TRUST DATED MARCH 9, 1996** |
| v. | |
| DEBRA LYNN HICKEY, LOLITA VARGAS, BILL HARMAN AND THE TRUSTEE OF THE PERRY FAMILY TRUST DATED MARCH 9, 1996, | |
| Defendants. | |

1   Case No. 2:24-CV-03235-WBS-CKD
ORDER DISMISSING WITHOUT PREJUDICE DEFENDANTS LOLITA VARGAS AND THE TRUSTEE OF THE PERRY FAMILY TRUST DATED MARCH 9, 1996

87384976.v1-OGLETREE

Pursuant to Federal Rule of Civil Procedure 41(a) and the Notice of Dismissal Without Prejudice filed by Plaintiff Symetra Life Insurance Company on January 6, 2025, it is hereby ordered as follows:

Defendants Lolita Vargas and The Trustee of the Perry Family Trust Dated March 9, 1996, who have not appeared in this action, are hereby dismissed without prejudice. The action shall proceed against defendants Debra Lynn Hickey and Bill Harman.

**IT IS SO ORDERED**.

Dated:  January 6, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE