UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SYMETRA LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DEBRA LYNN HICKEY, LOLITA VARGAS, BILL HARMAN AND THE TRUSTEE OF THE PERRY FAMILY TRUST DATED MARCH 9, 1996,<br><br>Defendants. | Case No. 2:24-CV-03235-WBS-CKD<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO DEPOSIT INTEPLEADER FUNDS INTO THE COURT'S REGISTRY** |

1    Having reviewed Plaintiff Symetra Life Insurance Company's Motion for Leave to Deposit

2   Interpleader Funds into the Court's Registry and good cause having been shown,

3    **IT IS HEREBY ORDERED** that the hearing noticed to take place on January 22, 2025, is

4   VACATED and plaintiff Symetra Life Insurance Company's motion for leave to deposit with the

5   Court the funds at issue in this interpleader action (ECF No. 14) is GRANTED. The deposited

6   funds, in the amount of $126,022.05 plus accrued interest, shall be placed in an interest-bearing

7   account pending subsequent disbursement in accordance with the orders of this Court.

8    Within 21 days of the entry of this Order, Plaintiff Symetra Life Insurance Company must

9   transmit this signed order to the Court's financial unit at financial@caed.uscourts.gov. and shall

10   deposit the interpleader funds into the Court's Registry.

11   Dated:  January 15, 2025

12   _____
     CAROLYN K. DELANEY
13   UNITED STATES MAGISTRATE JUDGE

14

15

16   8, syme24cv3235.intpld.dep

17

18

19

20

21

22

23

24

25

26

27

28

86780773.v2-OGLETREE