**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| SYMETRA LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DEBRA LYNN HICKEY, LOLITA VARGAS, BILL HARMAN AND THE TRUSTEE OF THE PERRY FAMILY TRUST DATED MARCH 9, 1996,<br><br>Defendants. | Case No. 2:24-CV-03235-WBS-CKD<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE AND RELATED DATES** |

Having considered Plaintiff Symetra Life Insurance Company and Defendant Debra Lynn Hickey's Stipulation to Continue Status (Pretrial Scheduling) Conference and Related Dates and good cause having been shown,

**IT IS HEREBY ORDERED** as follows:

1. The April 7, 2025 Status (Pretrial Scheduling) Conference is continued to **June 30, 2025 at 1:30 p.m.** in Courtroom 5; and

2. The Joint Status Report shall be filed on or before **June 16, 2025**.

Dated: March 18, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE