UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SYMETRA LIFE INSURANCE COMPANY,

        Plaintiff,

   v.

DEBRA LYNN HICKEY, et al.,

        Defendants.

No. 2:24-cv-03235-WBS-CKD

ORDER

        On April 10, 2025, the magistrate judge filed findings and recommendations (ECF No. 30) which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a review of this case. Having carefully reviewed this matter, the court finds the findings and recommendations to be supported by the record and by proper analysis.

        Accordingly, IT IS HEREBY ORDERED as follows:

        1.     Plaintiff's motion for default judgment (ECF No. 25) is GRANTED.

        2.     Defendant Harman has no right to all or any portion of the death benefit under Annuity Contract No. V000151034 and plaintiff is discharged from any and all liability to defendant Harman under Annuity Contract No. V000151034.

1        3.    The court enjoins and restrains defendant Harman from instituting or prosecuting
2    any action against plaintiff in any state or United States court related to the recovery of the death
3    benefit payable under Annuity Contract No. V000151034 issued to the Perry Family Trust dated
4    March 9, 1996.

Dated: May 13, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE