ARONOWITZ · SKIDMORE · LYON
A Professional Law Corporation
200 Auburn Folsom Road, Suite 305, Auburn, CA 95603
Tel (530)823-9736, Fax (530) 823-5241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SYMETRA LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DEBRA LYNN HICKEY, LOLITA VARGAS, BILL HARMAN and THE TRUSTEE OF THE PERRY FAMILY TRUST DTD MARCH 9, 1996,<br><br>Defendants. | Case No.: 2:24-cv-03235-WBS-CKD<br><br>JUDGMENT |

Having considered Plaintiff Symetra Life Insurance Company ("Symetra") and Defendant Debra Lynn Hickey's ("Hickey") Stipulation to Entry of Judgment, the Court hereby orders that Judgment is hereby entered in this case as follows:

Interpleader funds on deposit with the Court's Registry in the sum of $128,029.40 plus any and all accrued interest thereon ("Interpleader Funds") shall be paid and distributed as follows:

    (a)    $6,000.00 of the Interpleader Funds shall be paid to Symetra by check made payable to, "Symetra Life Insurance Company" which sum is for attorney's fees and costs

**1**

**Judgment**

incurred by Symetra with regard to this action. The check payable to Symetra shall be mailed by the Clerk of the Court or other authorized Court representative to:

  c/o Sean P. Nalty

  Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

  One Embarcadero Center, Suite 900

  San Francisco, CA 94111

 (b) The remaining balance of the Interpleader Funds, i.e., $122,029.40 plus any and all accrued interest thereon, shall be paid to Hickey by check made payable to "Debra Lynn Hickey." The check payable to Hickey shall be mailed by the Clerk of the Court or other authorized Court representative to:

  c/o Ralph E. Laird

  Aronowitz Skidmore Lyon

  200 Auburn Folsom Road, Suite 305

  Auburn, CA 95603

 9. The Parties shall each cause their respective checks received from the Court to be deposited in each of their respective bank accounts within fifteen (15) business days of the date their check is mailed by the Court. If either party's payment is not received from the Court in full within twenty (20) days of the date of the filing of this Judgment, then the party shall file a motion with the Court no later than thirty (30) days of the date of the filing of this Judgment for the purpose of obtaining an accounting and/or the full payment from the Interpleader Funds. If no such motion is filed within 30 days of the filing of this Order, this Judgment shall be the final Judgment of the Court.

 IT IS SO ORDERED AND ADJUDICATED.

Dated: May 16, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE